**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6726**

———————

JIMMY G. BLAKELY,

                              Plaintiff - Appellant,

        versus

TIMOTHY STONE, Correctional Officer of the
Greenville County Detention Center,

                              Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Margaret B. Seymour, District Judge.
(CA-98-2811-4-24BF)

———————

Submitted:  August 24, 2000          Decided:  August 30, 2000

———————

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Jimmy G. Blakely, Appellant Pro Se.  Russell W. Harter, Jr.,
CHAPMAN, HARTER & GROVES, P.A., Greenville, South Carolina, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant Jimmy G. Blakely appeals the district court's order denying relief on his "Amendment Opposition to Order" filed after the district court dismissed his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Blakely v. Stone</u>, No. CA-98-2811-4-24BF (D.S.C. Apr. 26, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>